E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture and Recovery Section
DAN G. BOYLE (Cal. Bar No. 332518)
Assistant United States Attorney
Environmental Crimes and Consumer Protection Section
TARA B. VAVERE (Cal. Bar No. 279470)
Assistant United States Attorney
Asset Forfeiture and Recovery Section
    1300/1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2426/5901
    Facsimile: (213) 894-0142
    E-mail: Daniel.Boyle2@usdoj.gov
       Tara.Vavere@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.  2:23-cv-08774 |
|       Plaintiff, | VERIFIED COMPLAINT FOR FORFEITURE |
|          v. | 18 U.S.C. §§ 981(a)(1)(A) and (C) and 984 |
| $811,549.41 IN BANK FUNDS IN CITIBANK ACCOUNT '1187, $729,981.00 IN BANK FUNDS IN CATHAY BANK ACCOUNT '7026, $228,331.19 IN BANK FUNDS IN CITIZENS BANK ACCOUNT '0334, $159,091.41 IN BANK FUNDS IN EAST WEST BANK ACCOUNT '8584, AND $100,000.00 IN BANK FUNDS IN EAST WEST BANK ACCOUNT '5043, | [U.S.S.S.] |
|       Defendants. | |

1

Plaintiff United States of America brings this claim against defendants identified herein (collectively, the "defendant bank funds"), and alleges as follows:

### JURISDICTION AND VENUE

1.   The government brings this in rem civil forfeiture action pursuant to 18 U.S.C. §§ 981(a)(1)(A) and (C) and 984.

2.   This Court has jurisdiction over the matter pursuant to 28 U.S.C. §§ 1345 and 1355.

3.   Venue lies in this district pursuant to 28 U.S.C. § 1395.

### PERSONS AND ENTITIES

4.   The plaintiff in this action is the United States of America.

5.   The defendant bank funds consist of the following:

a.   $811,549.41 in bank funds seized pursuant to a federal seizure warrant on May 26, 2023, from Citibank, N.A. ("Citibank") Account '1187 ("Citibank Account '1187"), held in the name of Guji Inc. and seized at Citibank, 1 Penn's Way, New Castle, Delaware;

b.   $729,981.00 in bank funds seized pursuant to a federal seizure warrant on June 27, 2023, from Cathay Bank ("Cathay") Account '7026 ("Cathay Account '7026"), held in the name of Jallege Limited and seized at Cathay, 4128 Temple City Blvd., Rosemead, California;

c.   $228,331.19 in bank funds seized pursuant to a federal seizure warrant on June 1, 2023, from Citizens Bank ("Citizens") Account '0334 ("Citizens Account '0334"), held in the name of Creative HomeGoods LLC and seized at Citizens, 525 William Penn Place, #PW2140, Pittsburgh, Pennsylvania;

d.   $159,091.41 in bank funds seized pursuant to a federal seizure warrant on July 11, 2023, from East West Bank ("EWB") Account

2

'3980 ("EWB Account '8584"), held in the name of Luna Light and seized at EWB, 135 N. Robles Ave. 7th Floor, Pasadena, California; and

e.    $100,000.00 in bank funds seized pursuant to a federal seizure warrant on July 11, 2023, from East West Bank ("EWB") Account '5043 ("EWB Account '5043"), held in the name of Rising Technology Company Limited and seized at EWB, 135 N. Robles Ave. 7th Floor, Pasadena, California;

6.    The defendant bank funds are currently in the custody of the United States Secret Service in this District, where they shall remain subject to this Court's jurisdiction during the pendency of this action.

7.    The interests of Guji Inc., Jallege Limited, Creative HomeGoods LLC, Luna Light, Rising Technology Company Limited, and the victims identified herein as B.T., M.H., U.V., K.M., M.Z., D.D., J.J., D.S., C.K., M.R., M.C., and N.K. may be adversely affected by these proceedings.

**BASIS FOR FORFEITURE**

*Background on Romance Scams*

8.    A romance scam is one type of "confidence scam," whereby a fraudster deceives a victim into believing they have a close relationship--whether familial, friendly, or romantic--and leverages that relationship to persuade the victim to send money, provide personal and financial information, and/or purchase items of value for the fraudster.  Fraudsters often use online dating sites to pose as U.S. citizens located in a foreign country, U.S. military members deployed overseas, or U.S. business owners seeking assistance with

lucrative investments.  In some cases, the victim is persuaded to launder money on behalf of the fraudster.

9.    Victims of romance scams often do not recognize that they are being defrauded for many months or more, and sometimes never recognize that they have been defrauded, because they are, or believe they are, in love with the person making the false romantic overtures or promises to them.  Therefore, it is not uncommon to observe multiple wires and transfers being sent to the same beneficiary or multiple beneficiaries over a period of time.  Some victims of romance scams are not completely truthful with, or seek to impede law enforcement officers who question them about the money they have transferred, in part to protect their purported romantic partner or friend.  Some victims of romance scams become "mules" by agreeing to receive and retransfer funds that are the proceeds of other frauds at the instruction of their supposed romantic partner.

10.    Sometimes digital currency, also known as "crypto currency," "cryptocurrency" and "virtual currency," is used in romance scams.  Digital currency is generally defined as an electronic-sourced unit of value that can be used as a substitute for fiat currency (i.e., currency created and regulated by a government), but unlike fiat currency has no physical form and instead exists entirely on the internet.  In addition, digital currency is generated and controlled through computer software operating on a decentralized peer-to-peer network.  Digital currency is often used for conducting illegal transactions or for concealing or disguising the true nature, source, location, ownership or control of illegally obtained criminal proceeds. Bitcoin is one of the most commonly used digital currencies.

11.   A digital currency exchange (an "exchange") is a brick-and-mortar or online business that allows customers to trade digital currencies for fiat currencies or other digital currencies.  Most exchanges are located outside the United States in order to avoid regulation and legal requirements.  Coinbase, which operates in the United States, is one of the largest and most popular exchanges.

*The Law Enforcement Investigation In This Case*

12.   The United States Secret Service has investigated a romance scam whereby multiple victims transferred funds based on fraudulent pretenses either directly or indirectly into the accounts from which the defendant bank funds were seized.  As part of the investigation, the United States Secret Service learned the information set forth below.

*Victim B.T. is Defrauded*

13.   B.T. met a person purporting to be named Emily Xiao ("Xiao") in January 2023 on the website Linkedin.com.  For the first several weeks, communications between Xiao and B.T. were through LinkedIn, but later, Xiao asked B.T. to send all messages through the communication application WhatsApp.

14.   After several weeks of communication via WhatsApp, B.T. began to believe that a close relationship had developed between the two, and Xiao told B.T. she was interested in mature men and wanted to have a child with him.  Xiao told B.T. she had an uncle that owned a business trading digital currency, and that he could earn investment returns of 20% to 30%.  Xiao told B.T to open an account at the website Amgex Global Pro Station ("AGPS") and a trading account at Coinbase.  B.T. agreed, and transferred $20,000.00 to purchase Bitcoin from Coinbase.  Xiao then provided B.T. a Bitcoin

5

wallet address and told B.T. to have Coinbase transfer the Bitcoin to the provided wallet address.

15. A few weeks after his first investment, Xiao told B.T. to invest additional funds with AGPS, and B.T. sent a wire transfer of $25,000.00 to a JP Morgan Chase ("JPMC") bank account with the last four digits ending in 5130 (the "JPMC Account '5130") in the name of Creative HomeGoods LLC ("Creative HomeGoods"). B.T. never inquired why he was wiring funds to the JPMC Account '5130, and not an account in the name of AGPS. B.T. then sent a second wire transfer for $10,000.00 to a different account at JPMC (the "JPMC Account '7282").

16. Xiao constantly encouraged B.T. to invest more money into the purported digital currency trading business. From February to March 2023, B.T. invested approximately $800,000.00, and to fund these investments, B.T. borrowed $300,000.00 from his individual retirement account, took out a second mortgage on his home for $288,000.00, and took out unsecured loans for $200,000.00.

17. In March 2023, B.T logged in to the AGPS website which showed an account balance of approximately $1.2 million. B.T. then requested all the funds in his AGPS account be sent to his bank account, but B.T. was told via text message that his account had been "detected for abnormal trading activity," and he first had to pay a $45,000.00 fee to obtain his account balance. B.T. complied with the request and sent $45,000.00 to Coinbase and requested the Bitcoin be sent to the wallet address provided by Xiao.

18. After this transfer, B.T. was once again told by AGPS that his account was flagged for "possible money laundering," and asked to send a fee of 3% of his account balance. B.T. requested that AGPS take the fee from his apparent $1.2 million account balance and send

him the remaining amount.  However, AGPS advised that additional funds were needed.

19.  Ultimately, B.T. no longer had additional funds and realized he was a victim of fraud and reported his case to the local police and the Federal Bureau of Investigation (the "FBI").

*Victim M.H. is Defrauded*

20.  M.H. met a female named Evelyn on the Snapchat app in early 2023. M.H. believed Evelyn was an attractive female in her early 30s, and communicated with Evelyn via email, telephone, and video chat, although they never met in person.  After a few months of communicating and a close relationship had developed, Evelyn told M.H. he should invest his money in stocks and digital currency through a website identified as Serc Capital.  M.H. agreed to invest, opened a Serc Capital account, and obtained bank account information for where to send his funds.

21.  At first, M.H. made small investments of $1,000.00 to $1,500.00 and often noticed that after a few days of making the investment, his account balance appeared to be worth a few hundred dollars more.  Due to his apparent investment success, M.H. decided to invest $50,000.00, which he was directed to, and did, send to the JPMC Account '5130.

22.  A few weeks after making his $50,000.00 investment, M.H. checked his account on the Serc Capital website and noticed his balance now appeared to be worth $300,000.00.  M.H. then requested $20,000.00 of funds from his account at Serc Capital, which he received into his personal bank account.

23.  A few weeks after his $20,000.00 withdrawal, M.H. requested all remaining funds in his Serc Capital account, but was told by

Evelyn he would have to send $35,000.00 to cover the taxes on his account.  M.H. did not have any additional funds in his personal bank account to send and was told by an employee of his bank that Serc Capital was not a legitimate financial investment company.

### *Victim U.V. is Defrauded*

24.  In December 2022, U.V. was in an online group chat on the website Twitter and learned about a digital currency trading platform called Bitkam.

25.  U.V. wanted to invest in crypto currency, and in February of 2023, began using the Bitkam website.  U.V. first sent funds totaling $144,585.00 to the JPMC Account '5130, but later learned that the JPMC Account '5130 was closed by JPMC due to possible fraudulent activity.  U.V. then requested that Bitkam return his funds and attempted to recall his $144,585.00 wire transfer, but was unsuccessful.

### *Victim K.M. is Defrauded*

26.  K.M. was contacted in January 2023 by a person who went by the name Jing Lee ("Lee") via WhatsApp.  Lee told K.M. that he was a wealthy business owner and lived in Beverly Hills, California.  Lee told K.M. that he would like to help her earn money and recommended she invest in Bitcoin through a website called "Achin."  K.M. agreed to invest and obtained bank account information from the Achin website where her funds to invest could be sent.

27.  In total, K.M. wire transferred over $2.6 million of her funds to invest in Bitcoin based on Lee's representations about Achin.  The wire transfers included two transfers on February 21-22, 2023, for $300,000.00 and $400,000.00, respectively, to the Citibank Account '1187.

28.   When K.M. logged on to the Achin website after a few weeks, she saw that her account balance appeared to be $4.5 million.   K.M. then requested her Achin account be closed and the account balance be wire transferred to her bank.   K.M. then received a message from the Achin website stating that she would have to pay a $400,000.00 "margin loan fee" prior to her account balance being transferred. K.M. spoke to Lee about this fee who claimed he would pay $350,000.00 of this purported fee if K.M. would pay the remaining $50,000.00. K.M agreed and went to a branch of her bank to request the amount be wired to an account provided by Lee.   Prior to the wire being executed, however, a bank manager at K.M.'s bank told her that Achin was not a legitimate business and advised K.M. not to send the funds. Ultimately K.M. did not send any more funds and realized that she had been defrauded.

### *Victim M.Z. is Defrauded*

29.   In January 2023, M.Z. was contacted on Facebook by someone who went by the name Carolyn Parker ("Parker").   Parker told M.Z. that she was a business owner and lived in California.   Parker and M.Z. communicated by telephone and video chat on the WeChat app.

30.   From February 2023 to April 2023, M.Z. sent approximately thirteen wire transfers consisting of ten wire transfers sent between February 15, 2023 and February 27, 2023, totaling $3,759,000.00 to the Citibank Account '1187, and twelve wire transfers sent between February 2023 and April 2023, totaling $4,729,306 to the EWB Account '8584.

31.   At first, M.Z. felt that his communication with Parker was developing into a friendly social relationship, but later felt a romantic relationship developing.   In February 2023, Parker told M.Z.

9

she had invested in non-fungible tokens ("NFTs") and had earned millions of dollars in investment gains.  Parker told M.Z. that she invested on a website called Openrarity.com, and suggested that he invest as well.  Parker explained to M.Z. that he would be bidding on NFTs from various artists, and in exchange he would receive an investment return of 5% on his money.  During one video chat, Parker showed M.Z. an account statement purporting to show that she had earned millions of dollars on investments in NFTs.

32.  Starting in February 2023, M.Z. decided to invest as Parker suggested, and began to wire transfer funds to different bank accounts that were provided to him through the Openrarity.com website.  When M.Z. asked a representative of Openrarity.com why he was sending funds to different bank accounts, he was told that due to a large volume of customer deposits, multiple banks were needed to process all the customer investments.  At the time, M.Z. felt this was a reasonable explanation, and over the next month sent forty-one wire transfers totaling approximately $21 million to different bank accounts.

33.  In early March 2023, M.Z. checked his account balance on the Openrarity.com website, which purported to show that his balance was now over $300 million.  M.Z. requested to withdraw some of his funds from Openrarity.com but was told that to obtain his funds he would have to send funds to cover a "risk deposit."  M.Z. agreed to pay and did send those funds.  After sending the additional funds, M.Z requested funds from his account, but was once again told he had to pay additional fees to have his funds withdrawn.  At this time, M.Z. suspected he was a victim of fraud, felt embarrassed he fell for

1  a scam, and reported his case to the Dallas Police Department and the
2  FBI.

3  *Victims D.D. and J.J. are Defrauded*

4  34.  In January 2023, D.D. was contacted by a person who went by
5  the name Jin Lee ("Lee") on WhatsApp.  After communicating for
6  several days, Lee told D.D. that he should invest in digital currency
7  using the trading platform Deoption.com.

8  35.  From February 2023 to March 2023, D.D. sent approximately
9  ten wire transfers totaling approximately $200,000.00 to different
10  bank accounts that were provided to him via the Deoption.com website.
11  To obtain the funds, D.D. borrowed from his retirement account and
12  from a friend.  Several weeks after investing his funds, D.D. logged
13  onto the Deoption.com website and learned his purported balance was
14  now over $20 million, and requested a withdrawal of his funds.  D.D.
15  was then told by a Deoption.com customer service representative that
16  he would have to send $600,000.00 in funds to cover transfer fees.

17  36.  When D.D. told Lee about the transfer fee request from
18  Deoption.com, she told him she would lend him $150,000.00 if he could
19  cover the remaining amount. D.D. then asked his friend, J.J., if he
20  would lend him the remaining amount.  On February 22 and 27, 2023,
21  J.J. sent wire transfers of $230,000.00 and $220,000.00 to Citibank
22  Account '1187.  Shortly after the funds were sent, D.D. was unable to
23  log into the Deoption.com website and was no longer able to reach
24  Lee.

25  *Victim D.S. is Defrauded*

26  37.  In February 2023, D.S. was contacted via text message by a
27  someone who went by the name Jia Xin ("Xin"). Xin and D.S. exchanged
28  messages for the next several weeks and D.S. felt a romantic

11

relationship developing.  Xin sent D.S. a photo of herself, which appeared to be an attractive female in her early 30s.  D.S. and Xin planned to meet in person in March 2023.  However, the day before the meet, Xin told D.S. she had to travel to New York with her daughter.  Ultimately, Xin and D.S. never met in person.

38.  In March 2023, Xin told D.S. he should invest in crypto currency and recommended he use the website called "Sundell FX6."  D.S. agreed and made a $2,000.00 investment.  A few days later, D.S. checked his account balance on the Sundell FX6 website, which showed he had tripled his original investment.  D.S. then decided to invest an additional $130,000.00 with Sundell FX6, which he sent to different bank accounts identified by Sundell FX6.  One of these transfers, on February 24, 2023, was a wire transfer of $38,000.00 to the Citibank Account '1187.  When D.S. inquired with Sundell FX6 why he was sending funds to different banks and different account names, a representative of Sundell FX6 told D.S. that due to the worldwide operations of the company many different banks were needed for conducting business.

39.  A few weeks after the $130,000.00 investment, D.S. saw that his balance on the Sundell FX6 website was now purportedly worth $1.5 million.  D.S. then contacted Sundell FX6 customer service website to request that his account balance be transferred to his bank account.  D.S. was then told that he first had to pay a $500,000.00 fee before his account balance could be released.  D.S. became suspicious and performed internet research on Sundell FX6 and learned that the company was not legitimate.  D.S. felt embarrassed that he did not do any due diligence on the company prior to sending funds.

1

*Victim C.K. is Defrauded*

2    40.  C.K. was contacted via text message by a female going by

3  the name Lee ("Lee") in March 2023.  Lee told C.K. that she had

4  texted C.K. by accident and was intending to send a message to a

5  friend.  Over the next several weeks, Lee continued to contact C.K.

6  via text message and a friendly relationship developed, where C.K.

7  and Lee discussed their likes and dislikes, and talked about places

8  for travel they would like to visit.  Lee told C.K. that she was from

9  California, worked in the clothing industry, and sent C.K. a photo of

10  herself, which appeared to be an attractive Asian female in her 30s.

11    41.  During one text message exchange, Lee told C.K. she had

12  earned a significant return investing in crypto currency and gold.

13  Lee said she used a company called Jbcoin-ex.com, and that the

14  company specialized in making rapid investments that would yield

15  significant return.  C.K. decided to invest funds as Lee suggested,

16  and in March 2023 sent a $10,000.00 wire transfer to an account at

17  Community Federal Savings in New York.

18    42.  In April 2023, C.K. checked his account balance on the

19  Jbcoin-ex.com website and saw that his account was now purportedly

20  worth $58,040.00.  Due to his apparent investment success, C.K.

21  decided to invest additional funds, and on May 22, 2023, sent

22  $43,000.00 to Cathay Account '7026.  C.K. was given the bank account

23  information from a representative of Jbcoin-ex.com and never inquired

24  why he had to send funds to different banks.

25    43.  A few weeks after making his investment, C.K. checked his

26  balance and learned his account was now purportedly worth

27  $300,000.00, at which time he requested to withdraw his funds.  A

28  representative of Jbcoin-ex.com then advised C.K. that prior to his

account funds being returned, he would have to send $64,000.00 to cover fees and taxes, and that if the funds were not paid his account would be reported to the credit bureaus and his account forfeited. C.K. asked the representative of Jbcoin-ex.com if the fee could be withheld from his $300,000.00 balance but was told he must send additional funds.

44.   Cathay Bank disclosed that the authorized signer for Cathay Account '7026 provided an invoice to Cathay Bank investigators purporting to justify C.K.'s transfers.  Cathay Bank investigators examined the invoice which stated the following: Invoice date 5/22/23; Items purchased, 2,150 simulated electric remote control model steam; Total amount due $43,000.00.

*Victim M.R. is Defrauded*

45.   M.R received an unsolicited text message from a person who went by the name Emily ("Emily").  Emily told M.R. about a digital trading currency platform called Virgo.com, and suggested that he should invest in Bitcoin and Ethereum.  M.R. agreed to invest and sent funds totaling $66,500.00 as directed by the Virgo.com website.

46.   A few weeks after making his investment, M.R. checked his balance on Virgo.com and learned his account was now purportedly worth $101,300.00.  After this, M.R. requested his account balance be transferred to his bank account.  M.R. then received a message from a Virgo.com representative advising him that "the system locked his account due to possible money laundering," and instructed him to send $30,395.00 to "verify that nothing is illegal."  M.R. contacted Emily to advise her of the additional funds request and Emily told him she would set up a VIP account on his behalf and to send $30,395.00 in funds to Cathay Account '7026 to unlock his account.

47.   Cathay Bank disclosed that the authorized signer for the Cathay Account '7026 provided an invoice to Cathay Bank investigators purporting to justify M.R.'s transfers.  Cathay Bank investigators examined the invoice which stated the following: Invoice date 5/22/23; Items purchased, 2,055 cartoon mermaid plush doll toys, and 1,190 plush green filled toys; total amount due $30,395.00.

### *Victim M.C. is Defrauded*

48.   In February 2023, M.C. received an unsolicited text message from a person who went by the name Emily ("Emily"). Emily told M.C. she had sent the message in error and was trying to contact a friend. Starting in February 2023 and continuing through May 2023, Emily and M.C. exchanged approximately five text messages a week.  Emily told M.C. she was Chinese, 38 years old, and lived in California.  At first, M.C. felt a friendly relationship developing, but later believed it was turning into a romantic one.

49.   During one text message exchange, Emily told M.C. she invested in digital currency and encouraged M.C. to invest as well. M.C. agreed, and on May 22, 2023 he sent $200,000.00 to the Cathay Account '7026.  M.C. never opened a cryptocurrency account on any platform and was given the bank account information by Emily.  M.C. said he trusted Emily and believed that his $200,000.00 investment was being sent to a legitimate cryptocurrency company.

50.   Cathay Bank disclosed that the authorized signer for the Cathay Account '7026 provided an invoice to Cathay Bank investigators purporting to justify M.C.'s transfer.  Cathay Bank investigators examined the invoice which stated the following: 1,890 commanders deformation toy robots; 1,650 simulated electric remote control model

steam, and 2,900 aircraft metal alloy model toys; Total amount due $200,000.00.

### *Victim N.K. is Defrauded*

51.   In March 2023, N.K. was communicating with several purported friends via the internet, some of whom suggested that he invest in a cryptocurrency called Tether, and recommended an internet website called "Bitstimp.com."

52.   In May 2023, N.K. decided to invest $200,000.00 in funds via the Bitstimp.com website, and was told by a customer service representative to send his funds to an account held in the name of Jallege Limited at Cathay Bank.  N.K. never inquired with the Bitstimp.com representative why he was sending funds to an account with a name that was different than Bitstimp.com.  N.K. advised he has heard of a cryptocurrency trading platform with a similar name called Bitstamp.com.

53.   Cathay Bank disclosed that the authorized signer for the Cathay Account '7026 provided an invoice to Cathay Bank investigators purporting to justify N.K.'s transfers.  Cathay Bank investigators examined the invoice which stated the following: Invoice date 5/22/23; Items purchased: 2,180 commanders deformation toy robots; 2,200 simulated electric remote control model steam, and 1,880 aircraft metal alloy model toys; Total amount due $200,000.00.

### *The Defendant Bank Funds Constitute Proceeds Of*
### *Fraud Or Were Involved In Money Laundering*

54.   As set forth above, funds from victims of the romance schemes were deposited into the accounts housing the defendant bank funds seized by the government, as summarized below.

Citibank Account '1187

55.   The government seized $841,549.41 from Citibank Account '1187.

56.   As described above, at least $4,947,000.00 in fraud proceeds was received into Citibank Account '1187 from victims K.M., M.Z., J.J. and D.S, which far exceeds the amount the government seized from that account.  Therefore, the funds seized by the government from that account represent traceable fraud proceeds.  The $4,947,000.00 is comprised of the following, as discussed above at ¶ 27 (K.M., $300,000.00 and $400,000 on February 21-22, 2023); ¶ 30 (M.Z., $3,759,000.00 between February 15 and 27, 2023); ¶ 36 (J.J., $230,000.00 and $220,000.00 on February 22 and 27, 2023); and ¶ 38 (D.S., $38,000.00 on February 24, 2023).

Cathay Account '7026

57.   The government seized $729,981.00 from Cathay Account '7026.

58.   As described above, at least $473,395.00 in fraud proceeds was received into Cathay Account '7026 from victims C.K., M.R., M.C. and N.K.  The $473,395.00 is comprised of the following, as discussed above at ¶ 42 (C.K., $43,000.00 on May 22, 2023); ¶ 46 (M.R., $30,395.00 on May 22, 2023); ¶ 49 (M.C., $200,000.00 on May 22, 2023); and ¶ 52 (N.K., $200,000.00 on May 22, 2023).  Therefore, $473,395.00 of the $729,981.00 seized by the government from Cathay Account '7026 represents traceable fraud proceeds, and the remainder represents commingled funds involved in the laundering of fraud proceeds.

*Citizens Account '0334*

59.  The government seized $228,331.19 from Citizens Account '0334.

60.  As described above, at least $219,585.00 in fraud proceeds was received into JPMC Account '5130, comprised of $25,000.00 from B.T., $50,000.00 from M.H. and $144,585.00 from U.V. (see ¶¶ 15, 21 and 25 above).

61.  On April 6, 2023, a cashier's check for $228,331.29 drawn on JPMC Account '5130 was deposited into Citizens Account '0334. Therefore, $219,585.00 of the $228,331.19 seized by the government from Citizens Account '0334 represents traceable fraud proceeds, and the remainder represents commingled funds involved in the laundering of fraud proceeds.

EWB Account '8584

62.  The government seized $159,091.41 from EWB Account '8584.

63.  As described in paragraph 30 above, at least $4,729,306 in fraud proceeds was received into EWB Account '8584 from victim M.Z., which far exceeds the amount the government seized from that account. Therefore, the funds seized by the government from that account represent traceable fraud proceeds.

EWB Account '5043

64.  The government seized $100,000.00 from EWB Account '5043.

65.  On March 1, 2023, $100,000.00 was wire transferred from Citibank Account '1187 Account into EWB Account '5043.  As set forth in paragraph 56 above, at least $4,947,000 in fraud proceeds was received into Citibank Account '1187, which far exceeds the $841,549.41 the government seized from that account.  Therefore, the

$100,000.00 seized by the government from EWB Account '5043 represents traceable fraud proceeds.

## FIRST CLAIM FOR RELIEF

66.   Based on the facts set out above, plaintiff alleges that the defendant bank funds constitute or are derived from proceeds traceable to violations of 18 U.S.C. § 1343 (wire fraud), which is a specified unlawful activity as defined in 18 U.S.C. §§ 1956(c)(7)(A) and 1961(1).  The defendant bank funds are therefore subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C).  To the extent that the defendant bank funds are not the actual monies directly traceable to the illegal activity identified herein, plaintiff alleges that the defendant bank funds are identical property found in the same account or place as the property involved in the specified offense, rendering the defendant bank funds subject to forfeiture pursuant to 18 U.S.C. § 984.

## SECOND CLAIM FOR RELIEF

67.   Based on the facts set forth above, plaintiff alleges that the defendant bank funds constitute property involved in multiple transactions or attempted transactions in violation of 18 U.S.C. § 1956(a)(1)(A)(i) or (a)(1)(B)(i), or property traceable to such property, with the specified unlawful activity being violations of 18 U.S.C. § 1343. The defendant bank funds are therefore subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(A). To the extent that the defendant bank funds are not the actual monies directly traceable to the illegal activity identified herein, plaintiff alleges that the defendant bank funds are identical property found in the same account or place as the property involved in the specified offense, rendering

the defendant bank funds subject to forfeiture pursuant to 18 U.S.C. § 984.

WHEREFORE, plaintiff United States of America prays that:

(a)  due process issue to enforce the forfeiture of the defendant bank funds;

(b)  due notice be given to all interested parties to appear and show cause why forfeiture should not be decreed;

(c)  this Court decree forfeiture of the defendant bank funds to the United States of America for disposition according to law; and

(d)  for such other and further relief as this Court may deem just and proper, together with the costs and disbursements of this action.

Dated:  October 18, 2023

E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture and Recovery
Section

_/s/ Dan G. Boyle_
DAN G. BOYLE
TARA B. VAVERE
Assistant United States Attorneys

Attorneys for Plaintiff
United States of America

<u>VERIFICATION</u>

I, Fred Apodaca, hereby declare that:

1.   I am a Special Agent with the United States Secret Service and am the case agent for the forfeiture matter entitled <u>United States of America v. $811,549.41 in Bank Funds in Citibank Account '1187, $729,981.00 in Bank Funds in Cathay Bank Account '7026, $228,331.19 in Bank Funds in Citizens Bank Account '0334, $159,091.41 in Bank Funds in East West Bank Account '8584, and $100,000.00 in Bank Funds in East West Bank Account '5043</u>.

2.   I have read the above Verified Complaint for Forfeiture and know its contents.  It is based upon my own personal knowledge and reports provided to me by other law enforcement agents.

3.   Everything contained in the Complaint is true and correct, to the best of my knowledge and belief.

I declare under penalty of perjury that the foregoing is true and correct.

Executed October 10, 2023 in Los Angeles, California.

FRED D APODACA  Digitally signed by FRED D APODACA
Date: 2023.10.10 13:22:04 -07'00'

_____

FRED APODACA
Special Agent

21