**JS-6**

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>        v.<br><br>$811,549.41 IN BANK FUNDS IN CITIBANK ACCOUNT '1187, $729,981.00 IN BANK FUNDS IN CATHAY BANK ACCOUNT '7026, $228,331.19 IN BANK FUNDS IN CITIZENS BANK ACCOUNT '0334, $159,091.41 IN BANK FUNDS IN EAST WEST BANK ACCOUNT '8584, AND $100,000.00 IN BANK FUNDS IN EAST WEST BANK ACCOUNT '5043,<br><br>             Defendants.<br><br>MICHAEL BEN ZIDELL,<br><br>             Claimant. | Case No. 2:23-cv-08774-MCS-AJR<br><br>CONSENT JUDGMENT OF FORFEITURE (ECF No. 34) |

Plaintiff, the United States of America (the "government") and Michael Zidell ("Claimant"), by and through their counsel of record, have stipulated and requested that the Court enter this consent judgment to carry into effect the terms of the stipulation as to the below identified defendants in this action (the "Defendant Funds"),

which is dispositive of this action.

The Court, having considered the stipulation of the parties, and good cause appearing therefor, HEREBY ORDERS, ADJUDGES AND DECREES:

1. This Court has jurisdiction over the subject matter of this action and the parties to this Consent Judgment of Forfeiture.

2. The Complaint for Forfeiture states a claim for relief pursuant to 21 U.S.C. § 881(a)(6).

3. The government has given and published notice of this action as required by law, including Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Federal Rules of Civil Procedure, and the Local Rules of this Court. The government has received timely claims from Claimant, no other claims have been filed, and the time for filing claims has expired.

4. $1,260,874.44 of the Defendant Funds, without interest, shall be returned to Claimant Michael Zidell.

5. The government shall have judgment as to the remaining $768,078.57 of the Defendant Funds plus all interest earned on the Defendant Funds since seizure.

6. Any other unknown potential claimants to the Defendant Funds are deemed to have admitted the allegations of the complaint.

7. Upon request from the government, the Claimant, through their counsel, shall provide any necessary information to the government in order to complete the transfer of the Defendant Funds to Claimant as described herein.

8. This Court shall retain jurisdiction in order to enforce this Order.

//

9. Each of the parties shall bear its own fees and costs incurred in connection with the Defendant Funds.

IT IS SO ORDERED.

Dated: June 13, 2024

*Mark C. Scarsi*

MARK C. SCARSI
UNITED STATES DISTRICT JUDGE